STATE of Missouri, Respondent,

v.

Lester CAMP, Appellant.

No. WD 69020.

Missouri Court of Appeals, Western District, Division Three.

April 14, 2009.

Molly Hastings, Kansas City, MO, for Appellant.

Jeffrey S. Stacey, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Lester Camp appeals the circuit court's judgment denying his application for conditional release. We affirm. Rule 84.16(b).